**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

DALE J. LYNCH,                              )
                                           )
    Plaintiff,                         )    Civil No. 3:11-0192
                                           )    Judge Trauger
v.                                         )    Magistrate Judge Griffin
                                           )
DEPARTMENT OF DEFENSE,                      )
                                           )
    Defendant.                         )

## O R D E R

On February 4, 2013, the Magistrate Judge issued a Report and Recommendation

(Docket No. 24), to which no timely objections have been filed.  The Report and

Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law

of this court.  For the reasons expressed therein, it is hereby **ORDERED** that this case is

**DISMISSED WITHOUT PREJUDICE** pursuant to Rules 4(m) and 41(b) of the FEDERAL

RULES OF CIVIL PROCEDURE.

It is so **ORDERED.**

Enter this 28th day of February 2013.

_____
ALETA A. TRAUGER
United States District Judge